UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CORNELIO RAMIREZ, JR.,

    Defendant.

2:14-cr-00044-JAD-GWF

**ORDER DIRECTING PAYMENT OF TRANSPORTATION EXPENSES**

On the motion of defendant Cornelio Ramirez, made pursuant to 18 U.S.C. §4285, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal shall arrange for the defendant's non-custodial transportation, or furnish reimbursement for the mileage expense, up to the cost of commercial air travel fare or gas milage for such transportation, to Las Vegas Nevada on or before Thursday, February 20, 2014 at 3:00 p.m., to appear in court in the above-entitled matter for the purpose of his Arraignment and Plea. The reimbursement shall be made in the form of cash, United States Money Order, or cashier's check.

IT IS FURTHER ORDERED that the United States Marshal shall furnish the defendant with an amount of money for necessary subsistence expenses while en route to his destination, not to exceed the amount authorized as a per diem allowance for travel expenses under 5 U.S.C. §5702(a).

DATED this 24th day of February 2014.

_____
UNITED STATES MAGISTRATE JUDGE